IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARJORIE RAMEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES EAST, LP, | : | CIVIL ACTION NO. |
| | : | 1:18-cv-3540-AT |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Parties' Consent Motion to Substitute Real Party in Interest [Doc. 22] and their Joint Status Report [Doc. 21] notifying the Court that the case settled at the March 25, 2019 mediation. Because Plaintiff is a Chapter 7 debtor, the parties have moved to substitute the the Chapter 7 Trustee as the plaintiff, and the settlement must be submitted for approval by the Bankruptcy Court.  The parties estimate that the approval will take approximately 30 days.

Accordingly, the Court **GRANTS** the Consent Motion to Substitute Real Party in Interest [Doc. 22] and **ORDERS** that S. Gregory Hays, Bankruptcy Trustee is substituted as the plaintiff, as Trustee for Estate of Marjorie Ramel, Debtor.  The Court **DIRECTS** the parties to file a Stipulation of Dismissal within 7 days of the approval of the settlement by the Bankruptcy Court.  This case is **ADMINISTRATIVELY CLOSED** pending the Bankruptcy Court's approval of

the settlement. If the settlement is not approved and no joint stipulation is filed by May 17, 2019, the Clerk is **DIRECTED** to resubmit the matter to the undersigned at that time.

     **SO ORDERED** this 2nd day of April, 2019.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**